# Court of Appeals
# of the State of Georgia

ATLANTA, _January 07, 2016_

*The Court of Appeals hereby passes the following order:*

### A16A0626.  KINGS FOOT MASSAGE PARLOR et al. v. CITY OF DORAVILLE.

Kings Foot Massage Parlor filed a petition for writ of certiorari in superior court to appeal an administrative decision revoking its occupation tax certificate and establishment license.  The superior court granted the City of Doraville's motion to dismiss the petition, and Kings Foot Massage Parlor filed its notice of appeal.  We, however,  lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . local administrative agencies . . . by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal. See *Consolidated Government of Columbus v. Barwick*,  274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Accordingly, Kings Foot Massage Parlor was required to file a discretionary application in order to appeal the superior court's ruling.  Because it did not do so, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____ 01/07/2016 _____*
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*